**Electronically Filed
Supreme Court
SCPW-22-0000683
22-NOV-2022
07:59 AM
Dkt. 4 ODDP**

SCPW-22-0000683

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I
_____

JONAVEN MASON, Petitioner,

vs.

THE HONORABLE KEVIN A. SOUZA,
Judge of the Circuit Court of the First Circuit,
State of Hawai‘i, Respondent Judge,

and

STATE OF HAWAI‘I, Respondent.
_____

ORIGINAL PROCEEDING
(1CPC-20-0000993)

ORDER DENYING PETITION
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of the petition for writ of mandamus, prohibition, or other extraordinary writ, filed on November 4, 2022, and the record, an extraordinary writ is not warranted. See Deangelo v. Souza, No. SCPW-22-0000607, 2022 WL 17019503 (Haw. Nov. 17, 2022); Kema v. Gaddis, 91 Hawai‘i 200, 204-05, 982 P.2d 334, 338-39 (1999). Accordingly,

It is ordered that the petition is denied.

DATED: Honolulu, Hawaiʻi, November 22, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins